STATE OF NEW JERSEY v. FRANK MORGAN, JR.

October 4, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN PERRY.

October 4, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. A. AVRAM APTER.

October 4, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MILDRED BARBOZA.

October 4, 1988.

Petition for certification granted.

STATE OF NEW JERSEY v. WILLIAM L. STARKS.

October 4, 1988.

Petition for certification denied.